COURT
OF APPEALS

                                         SECOND
DISTRICT OF TEXAS

                                                     FORT
WORTH

                                           NO. 2-08-364-CV

      

IN RE OLSHAN FOUNDATION REPAIR                                         RELATORS

COMPANY, LLC AND OLSHAN FOUNDATION

REPAIR COMPANY OF DALLAS,
LTD.                                                     

                                                                                                           

                                                  ------------

                                       ORIGINAL
PROCEEDING

                                                  ------------

                                  MEMORANDUM
OPINION[1]

                                                  ------------

The
court has considered relators=
petition for writ of mandamus and motion for emergency relief and is of the
opinion that relief should be denied. 
Accordingly, relators=
petition for writ of mandamus and motion for emergency relief are denied.

Relators
shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

 

 

PANEL: 
GARDNER, J.; CAYCE, C.J.; and DAUPHINOT, J.

 

DELIVERED: 
October 2, 2008  











    [1]See
Tex. R. App. P. 47.4.